**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-2093**

———————————

DEBORAH M. MELTON,

                                    Plaintiff - Appellant,

         versus

DONNA E. SHALALA, SECRETARY, UNITED STATES DE-
PARTMENT OF HEALTH AND HUMAN SERVICES,

                                    Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Marvin J. Garbis, District Judge. (CA-98-
2598-MJG)

———————————

Submitted:  December 20, 2000          Decided:  January 8, 2001

———————————

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Deborah M. Melton, Appellant Pro Se.  Lynne Ann Battaglia, United
States Attorney, Allen F. Loucks, OFFICE OF THE UNITED STATES
ATTORNEY, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Deborah M. Melton appeals the district court's order granting Appellee's motion for summary judgment in Melton's civil action in which she alleged claims of discrimination in her employment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Melton v. Shalala, No. CA-98-2598-MJG (D. Md. June 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2